Hugh E. Haffner, P.S.
P.O. Box 2788
Sequim, WA 98382
360-452-4139

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| HUGH E. HAFFNER ATTORNEY AT LAW | NOTICE OF RETIREMENT |
|---|---|

HUGH E. HAFFNER announces his retirement from active law practice. Hugh E. Haffner remains the attorney of record for all his active Chapter 13 and Chapter 7 cases.

Send all written correspondence to:

Hugh E. Haffner, P.S.
P.O. Box 2788
Sequim, WA 98382

Direct telephone:

360-452-4139

Email:

hhaffner@msn.com

Respectfully submitted this 4th day of August, 2010.

/s/ Hugh E. Haffner
Hugh E. Haffner, WSBA #23,600